188 So. 925

**Elbert KNOWLES and Paul Johnson v. STATE.**

3 Div. 813.

Court of Appeals of Alabama.

May 16, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

180 So. 899

**Lawton (alias Slim) KOONCE v. STATE.**

8 Div. 660.

Court of Appeals of Alabama.

April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

176 So. 923

**James M. KURN et al., Trustees of St. Louis–San Francisco R. Co., v. I. M. SWAFFORD.**

6 Div. 209.

Court of Appeals of Alabama.

Nov. 9, 1937.

Cabaniss & Johnston, of Birmingham, for appellant.

H. M. Abercrombie and C. D. Snow, both of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellants.

186 So. 920

**Ex parte G. W. LACKEY.**

8 Div. 816.

Court of Appeals of Alabama.

Jan. 14, 1939.

Street & Orr, of Guntersville, for petitioner.

PER CURIAM.

Writ denied.

186 So. 921

**Alva LAMAR v. CITY OF FLORENCE.**

8 Div. 684.

Court of Appeals of Alabama.

Jan. 19, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.